UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN WAKEFORD,

     Plaintiff,                            Case No. 15-cv-10379
                                             Hon. Matthew F. Leitman

v.

MOELLER PRECISION TOOL, LLC,

     Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #18) AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #19)

On December 8, 2015, Plaintiff Steven Wakeford filed a motion for summary judgment. (ECF #18.)  On December 11, 2015, Defendant Moeller Precision Tool, LLC filed a cross-motion for summary judgment.  (ECF #19.)  The Court began a hearing on the parties' motions for summary judgment (together, the "Motions") on March 9, 2016, and completed the hearing on April 15, 2016.  For the reasons stated on the record on April 15, 2016, **IT IS HEREBY ORDERED** that the Motions are **DENIED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  April 18, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113

2