UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN K. WAKEFORD,

    Plaintiff,　　　　　　　　　　　　Case No. 15-cv-10379
　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

MOELLER PRECISION TOOL, LLC,

    Defendant.
_____/

### ORDER TO ATTEND SETTLEMENT CONFERENCE AND REQUIREMENTS FOR SUBMISSION OF SETTLEMENT STATEMENT

The parties are hereby advised that a settlement conference will be held in the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, Room 1013, before the Honorable Matthew F. Leitman on **Friday, May 13, 2016 at 9:30 a.m.**

The following person(s) and entities must personally attend the settlement conference: (i) trial counsel for each party; (ii) all parties who are natural persons; (iii) a representative with full and final settlement authority on behalf of each party that is not a natural person; (iv) a representative with full and final settlement authority on behalf of each insurance carrier that has undertaken the prosecution or defense of the case and/or has contractually reserved to itself the right to settle the action; and (v) a representative authorized to act on behalf of each party that is a governmental entity. This mandatory personal attendance policy is not satisfied by

1

trial counsel professing to have full and final settement authority on behalf of his or her client or by the entity with settlement authority being available by telephone.

**At least five (5) business days prior to the conference**, each party shall have delivered to the Court's chambers either by hand-delivery, fax (313-234-5355), or email to the Case Manager (Holly_Monda@mied.uscourts.gov), a confidential Settlement Statement.  Do not file, docket, or serve this statement.  The Settlement Statement is for the Court's exclusive use in preparing for and conducting the settlement conference.

The Settlement Statement shall (1) recite the key facts and law, (2) discuss the strengths and weaknesses of each party's case, (3) discuss the parties' position on settlement, (4) detail litigation expenses to date and going forward through trial; and (5) describe the settlement efforts to date.  To aid in the settlement process, the Court expects the parties to exchange settlement demands prior to the conference.  The Settlement Statement shall not exceed seven (7) pages.  The parties are directed to be candid in their statements and to provide the Court with sufficient detail to analyze the critical factual and legal issues in the case.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 27, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 27, 2016, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                               Case Manager
                                               (313) 234-5113